UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR139-M |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR TRANSFER OF CUSTODY |
| **RONALD EUGENE PADEN II** | ) | |

**THIS MATTER** is before the Court on the Government's motion, filed May 12, 2010, for the transfer of custody of Defendant.

The Court has carefully reviewed the motion, and believes that good cause has been shown to justify the temporary transfer of custody of Defendant from the United States Marshals Service to Detective Sean O'Rourke, and/or another designated agent. The transfer shall be subject to the following conditions:

(1) The United States Marshals Service shall allow the transfer of custody of the defendant to Detective Sean O'Rourke, and/or another designated agent, during the period from May 12, 2010 through the conclusion of the pending charges in the State of Ohio.

(2) Custody of the defendant may be given to any officer of the Chillicothe Police Department, and/or another designated agent, provided at least one other law enforcement agent is present when the defendant is transported. The United States Marshals Service shall not turn over custody of the defendant unless an Officer of the Chillicothe Police Department, and/or another designated agent is present.

(3) When the defendant is picked up at the Mecklenburg County Jail, officer shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; *i.e.*, the defendant shall be placed in handcuffs and leg shackles whenever being transported.

(4) The defendant may be transported to Chillicothe, Ohio until the conclusion of the pending charges against him, provided the same security and restraint are used as outlined above. The Chillicothe Police Department shall immediately notify the United States Marshal should the defendant become eligible for release under state law for any reason. The defendant may not be released from state custody without a further Order from this Court. The Chillicothe Police Department shall detain the defendant until he can be returned to the Mecklenburg County Jail in Charlotte, North Carolina, by the Chillocothe Police Department.

(5) There will be no exceptions to this provision without written motion and a corresponding written order.

IT IS SO **ORDERED**.

Signed: June 2, 2010

Graham C. Mullen
United States District Judge